IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES NEWTON,

    Plaintiff,

v.                                        CASE NO. 5:15-cv-00186-MP-GRJ

SGT KANE,

    Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 31, 2015. (Doc. 6). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is DISMISSED for abuse of the judicial process and for failure to state a claim upon which relief may be granted. The dismissal is without prejudice but the dismissal shall operate as a "strike" pursuant to 28 U.S.C. § 1915(g).

    **DONE AND ORDERED** this __20th__ day of October, 2015

                                      *s/Maurice M. Paul*
                                      Maurice M. Paul, Senior District Judge